461 A.2d 876

Commonwealth v. Chumley, Appellant.

Submitted March 30, 1983.

Randall Chumley, appellant; in propria persona; Donald E. Williams, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Order affirmed.